# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| OAK FINANCIAL GROUP, INC. <br><br> *Plaintiff(s)* <br> v. <br> INFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP, LP, and INFINITY Q MANAGEMENT EQUITY, LLC <br> *Defendant(s)* | Civil Action No. 21cv3249 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tab K. Rosenfeld
Steven M. Kaplan
Rosenfeld & Kaplan, LLP
1180 Avenue of the Americas, Suite 1920
New York, New York 10036
(212) 682-1400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 6/9/2021



/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# RIDER

| Defendant | Address |
|---|---|
| Infinity Q Diversified Alpha Fund | 7 Times Square<br>16th Floor<br>New York, NY 10036 |
| Trust for Advised Portfolios | 615 East Michigan Street<br>Milwaukee, WI 53202 |
| Infinity Q Capital Management LLC | 888 7th Avenue, Suite 3700<br>New York, NY 10106 |
| Christopher E. Kashmerick | 615 East Michigan Street<br>Milwaukee, WI 53202 |
| John C. Chrystal | 615 East Michigan Street<br>Milwaukee, WI 53202 |
| Albert J. DiUlio, S.J. | 615 East Michigan Street<br>Milwaukee, WI 53202 |
| Harry E. Resis | 615 East Michigan Street<br>Milwaukee, WI 53202 |
| Russell B. Simon | 615 East Michigan Street<br>Milwaukee, WI 53202 |
| Steven J. Jensen | 615 East Michigan Street<br>Milwaukee, WI 53202 |
| James Velissaris | 888 7th Avenue, Suite 3700<br>New York, NY 10106 |
| Leonard Potter | 888 7th Avenue, Suite 3700<br>New York, NY 10106 |
| Scott Lindell | 888 7th Avenue, Suite 3700<br>New York, NY 10106 |
| Quasar Distributors, LLC | 111 East Kilbourn Ave, Suite 2200<br>Milwaukee, WI 53202 |
| EisnerAmper LLP | 750 Third Avenue<br>New York, NY 10017 |
| Bonderman Family Limited Partnership, LP | 301 Commerce St., #3150<br>Ft. Worth, TX 76102 |
| Infinity Q Management Equity, LLC | c/o Corp. Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 |