UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>INFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP, AND INFINITY Q MANAGEMENT EQUITY, LLC,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:21-cv-03249-MKB-SJB |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that MATTHEW R. LADD, of the law firm of Morgan Lewis & Bockius LLP, hereby enters his appearance in the above-captioned action on behalf of Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, Russell B. Simon, and Steven J. Jensen as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of the above-named defendants are expressly reserved.

Dated: New York, New York  /s/ Matthew R. Ladd
October 6, 2021  Matthew R. Ladd
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6000
Fax: (212) 309-6001
matthew.ladd@morganlewis.com

*Counsel for Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, Russell B. Simon, and Steven J. Jensen*