UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>INIFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP and INFINITY Q MANAGEMENT EQUITY, LLC,<br><br>      Defendants. | Case No. 1:21-cv-03249-MKB-SJB |

## APPEARANCE OF COUNSEL

TO: The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendants James Velissaris and Infinity Q Management Equity, LLC.

Dated: New York, New York
    March 3, 2022

            */s/ Kathleen A. Reilly*
            Kathleen A. Reilly

            ARNOLD PORTER KAYE SCHOLER LLP
            250 W. 55th Street
            New York, New York 10019
            Telephone: (212) 836-7450
            Facsimile: (212) 836-8689
            kathleen.reilly@arnoldporter.com

            *Attorneys for Defendants James Velissaris and*
            *Infinity Q Management Equity, LLC*