UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

OAK FINANCIAL GROUP, INC.,

                                    Plaintiff,          1:21-cv-03249-MKB-SJB

      - v -

INFINITY Q DIVERSIFIED ALPHA FUND, TRUST
FOR ADVISED PORTFOLIOS, INFINITY Q
CAPITAL MANAGEMENT LLC, CHRISTOPHER
E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT
J. DIULIO, S.J., HARRY E. RESIS, RUSSEL B.
SIMON, STEVEN J. JENSON, JAMES VELISSARIS,
LEONARD POTTER, SCOTT LINDELL, QASAR
DISTRIBUTORS, LLC, EISNERAMPER LLP,
BONDERMAN FAMILY LIMITED PARTNERSHIP,
LP, INFINITY Q MANAGEMENT EQUITY, LLC,

                                Defendants.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE OF COUNSEL

    To:    The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff OAK FINANCIAL GROUP, INC.

Dated: New York, NY
           March 10, 2022

                                                */s/ Brian Dolan*
                                                Brian Dolan (BD 9424; NY Bar No. 5787510)

                                                Rosenfeld & Kaplan, LLP
                                                1180 Avenue of the Americas, Suite 1920
                                                New York, NY 10036
                                                brian@rosenfeldlaw.com
                                                Tel.: (212) 682-1400
                                                Fax.: (212) 682-1100
                                                *Attorneys for Plaintiff Oak Financial Group, Inc.*