# ROSENFELD & KAPLAN, L.L.P.
(A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS)

ATTORNEYS AT LAW

1180 AVENUE OF THE AMERICAS

SUITE 1920

NEW YORK, NEW YORK 10036

WEBSITE: HTTP//WWW.ROSENFELDLAW.COM  TEL:(212) 682-1400
E-MAIL: STEVE@ROSENFELDLAW.COM  FAX:(212) 682-1100

March 11, 2022

Honorable Frederic Block
United States District Court Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Status Report re *Oak Fin. Group v. Infinity Q Div. Alpha Fund, et al.*,**
No. 1:21-cv-03249-FB-MMH

Dear Judge Block:

We are counsel to the plaintiff in the above action. We are writing in response to the letter on behalf of all defendants requesting a pre-motion conference with respect to defendants' intended motions to dismiss.

Although we do not believe that defendants have viable motions to dismiss, we do not object to the Court scheduling a pre-motion conference. We are writing the Court to advise it that I will be out of the country from March 11 to March 21, and therefore request that nothing be scheduled during that period, or on March 24 or 25 when I am otherwise engaged.

Thank you for your consideration with respect to the above.

Respectfully,

Steven M. Kaplan

SMK/aj

cc: All counsel of record via ECF