UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OAK FINANCIAL GROUP, INC.,

                Plaintiff,

vs.

INIFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP and INFINITY Q MANAGEMENT EQUITY, LLC,

                Defendants.

Case No. 1:21-cv-03249-MKB-SJB

## APPEARANCE OF COUNSEL

TO:    The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendants James Velissaris and Infinity Q Management Equity, LLC.

Dated:  New York, New York
          March 18, 2022

*/s/ Veronica E. Callahan*
Veronica E. Callahan

ARNOLD PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, New York 10019
Telephone: (212) 836-7272
Facsimile: (212) 836-8689
veronica.callahan@arnoldporter.com

*Attorneys for Defendants James Velissaris and Infinity Q Management Equity, LLC*