UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC.,<br><br>       Plaintiff,<br>vs.<br><br>INIFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP and INFINITY Q MANAGEMENT EQUITY, LLC,<br><br>       Defendants. | Case No. 1:21-cv-03249-MKB-SJB |

## APPEARANCE OF COUNSEL

TO: The Clerk of Court and All Parties of Record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendants James Velissaris and Infinity Q Management Equity, LLC.

| | |
|---|---|
| Dated: New York, New York<br>     March 18, 2022 | /s/ Tyler J. Fink<br>Tyler J. Fink<br><br>ARNOLD PORTER KAYE SCHOLER LLP<br>250 W. 55th Street<br>New York, New York 10019<br>Telephone: (212) 836-7272<br>Facsimile: (212) 836-8689<br>Tyler.Fink@arnoldporter.com<br><br>*Attorneys for Defendants James Velissaris and Infinity Q Management Equity, LLC* |