UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

OAK FINANCIAL GROUP, INC.,                          :
                                                    :
          Plaintiff,                                :
                                                    :
     v.                                             :
                                                    :
INFINITY Q DIVERSIFIED ALPHA FUND,                  :     Case No. 1:21-cv-3249-FB-MMH
TRUST FOR ADVISED PORTFOLIOS,                       :
INFINITY Q CAPITAL MANAGEMENT LLC,                  :     **NOTICE OF APPEARANCE**
CHRISTOPHER E. KASHMERICK, JOHN C.                  :
CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY             :
E. RESIS, RUSSELL B. SIMON, STEVEN J.               :
JENSEN, JAMES VELISSARIS, LEONARD                   :
POTTER, SCOTT LINDELL, QASAR                        :
DISTRIBUTORS, LLC, EISNERAMPER LLP,                 :
BONDERMAN FAMILY LIMITED                            :
PARTNERSHIP, LP, and INFINITY Q                     :
MANAGEMENT EQUITY, LLC,                             :
                                                    :
          Defendants.                               :

-------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that Nathan J. Berkebile of the law firm Duane Morris LLP

hereby enters an appearance on behalf of defendants John C. Chrystal, Albert J. DiUlio, S.J., and

Harry E. Resis in the above-captioned matter and requests that copies of all notices and papers in

this matter be served at the office address set forth below.

Dated: New York, New York
       April 7, 2022

                              DUANE MORRIS LLP


                              By:  ___s/Nathan J. Berkebile_____
                                     Nathan J. Berkebile
                              230 Park Avenue, Suite 1130
                              New York, New York 10169-0079
                              E-mail: NJBerkebile@duanemorris.com

Telephone: (212) 404-8772
Fax: (212) 818-9606

*Attorneys for Defendant John C. Chrystal, Albert J.
DiUlio, S.J. and Harry E. Resis*