# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP, AND INFINITY Q MANAGEMENT EQUITY, LLC, <br><br> Defendants. | Civil Action No. 1:21-cv-03249-FB-MMH |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Brian P. Morgan, Esq., of Faegre Drinker Biddle & Reath LLP, who is admitted to practice in this court, hereby enters his appearance in the above-captioned matter on behalf of defendant EisnerAmper LLP and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

Dated: April 8, 2022

*/s/ Brian P. Morgan*
Brian P. Morgan
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
Tel: (212) 248-3272
brian.morgan@faegredrinker.com

*Attorneys for EisnerAmper LLP*