# Morgan Lewis

**Susan F. DiCicco**
Partner
+1.212.309.6640
susan.dicicco@morganlewis.com

April 12, 2022

**VIA ECF**

Honorable Frederic Block
United States District Court Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Proposed Stipulation re *Oak Fin. Group v. Infinity Q Div. Alpha Fund, et al.*, No. 1:21-cv-03249-FB-MMH ("*Oak Financial*")**

Dear Judge Block:

We represent Defendants Trust for Advised Portfolios ("TAP") and its officers Christopher E. Kashmerick, Russell B. Simon, and Steven J. Jensen in the above-referenced action.

We write on behalf of all Parties in this action to inform the Court that, in advance of the pre-motion conference currently scheduled for April 14, the parties have met and conferred, and Plaintiff Oak Financial Group has indicated that in light of developments in other related actions it is likely to amend its complaint. Therefore, the parties agree that Defendants should await the filing of an amended complaint before filing any responsive pleadings or motions to dismiss. Accordingly, the Parties have drafted the attached Stipulation and Proposed Order setting forth a proposed schedule for the filing of an amended complaint and briefing on Defendants' anticipated motions to dismiss, subject to the Court's approval.

The Parties believe that the pre-motion conference currently scheduled for April 14 should await Plaintiff's filing of its amended complaint. The Parties stand ready, however, to proceed with the April 14 pre-motion conference should the Court determine it is still necessary.

Respectfully submitted,

*Susan F. DiCicco*

Susan F. DiCicco

cc: All counsel of record via ECF in *Oak Financial*

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060      T +1.212.309.6000
United States                 F +1.212.309.6001