# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>INFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP, AND INFINITY Q MANAGEMENT EQUITY, LLC,<br><br>                Defendants. | Civil Action No. 1:21-cv-03249-FB-MMH |

## STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING

WHEREAS, on March 29, 2022, this Court scheduled a pre-motion conference for April 14, which the Parties anticipate will include discussion of a schedule for the filing of Plaintiff's amended complaint and Defendants' motions to dismiss;

WHEREAS, there are two related putative class actions pending before this Court,[1] which have recently been consolidated and a case management schedule recently issued;

---

[1] The putative class actions are *Yang v. Trust for Advised Portfolios, et al.*, No. 1:21-cv-01047-FB-MMH, and *Schiavi + Company LLC DBA Schiavi + Dattani et al. v. Trust for Advised Portfolios et al.*, No. 1:22-cv-00896-FB-MMH. The putative class actions were consolidated on April 8, 2022. *See Yang*, ECF No. 58; *Schiavi + Company LLC*, ECF No. 8.

WHEREAS, the Parties have met and agreed to a proposed schedule for the filing of Plaintiff's amended complaint and Defendants' responsive pleadings or motions to dismiss in the instant action;

NOW, THEREFORE, the parties, through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

1. Plaintiff will have until June 15, 2022, to either file an amended complaint in this action or to notify the Court and all Parties that it does not intend to file an amended complaint;

2. Defendants shall have 60 days from the filing of Plaintiff's amended complaint to answer, move, or otherwise respond to the amended complaint, or, in the event that Plaintiff does not file an amended complaint, shall have 45 days from the date of Plaintiff's notification that it does not intend to file an amended complaint to answer, move, or otherwise respond to Plaintiff's original complaint;

3. Plaintiff will file opposing papers to any Defendants' motion to dismiss within 60 days of the motion being filed, and Defendants will file reply papers in connection with any such motion within 30 days after that.

IT IS SO STIPULATED.

Dated: New York, New York
April 12, 2022

ROSENFELD & KAPLAN, LLP
By: */s/   Steven M. Kaplan (by consent)*
Tab K. Rosenfeld
Steven M. Kaplan
1180 Avenue of the Americas, Suite 1920
New York, NY 10036
(212) 682-1400 `
tab@rosenfeldlaw.com
steve@rosenfeldlaw.com

*Attorneys for Plaintiff Oak Financial Group, Inc.*

MORGAN LEWIS & BOCKIUS LLP
By: /s/   Susan F. DiCicco
Susan F. DiCicco
101 Park Avenue
New York, NY 10178
(212) 309-6640
susan.dicicco@morganlewis.com

Matthew Ladd
1717 Main St., Suite 3200
Dallas, TX 75201-7347
Main: +1.214.466.4000
Fax: (214) 466-4001
matthew.ladd@morganlewis.com

Joseph E. Floren
(pro hac vice application forthcoming)
One Market, Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001
joseph.floren@morganlewis.com

*Attorneys for Trust for Advised Portfolios, Christopher E. Kashmerick, Russell B. Simon, and Steven J. Jensen*


MILBANK LLP
By: /s/   Sean M. Murphy (by consent)
Sean M. Murphy
George S. Canellos
Antonia M. Apps
55 Hudson Yards
New York, New York 10001
(212) 530-5000
smurphy@milbank.com
gcanellos@milbank.com
aapps@milbank.com

*Attorneys for Defendants Infinity Q Capital Management, LLC, Leonard Potter, and Bonderman Family Limited Partnership, LP*

DUANE MORRIS LLP
By: */s/ James J. Coster (by consent)*
James J. Coster
Michael Cabin
230 Park Avenue
New York, NY 10169
818-9200
jjcoster@duanemorris.com
macabin@duanemorris.com

*Attorneys for Defendants John C. Chrystal, Albert J. DiUlio, S.J., and Harry E. Resis*


ARNOLD & PORTER KAYE SCHOLER LLP
By: */s/ Veronica E. Callahan (by consent)*
Veronica E. Callahan
Kathleen A. Reilly
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
veronica.callahan@arnoldporter.com
kathleen.reilly@arnoldporter.com

*Attorneys for Defendants James Velissaris and Infinity Q Management Equity, LLC*


PETRILLO KLEIN & BOXER LLP
By: */s/ Joshua Klein (by consent)*
Joshua Klein
Christina Karam
John Allen
655 Third Avenue, 22nd Floor
New York, New York 10017
(212) 370-0330
jklein@pkbllp.com
ckaram@pkbllp.com
jallen@pkbllp.com

*Attorneys for Defendant Scott Lindell*

McGONIGLE, P.C.
By: */s/ James K. Goldfarb (by consent)*
James K. Goldfarb
1185 Avenue of the Americas, 21st Floor
New York, New York 10036
(212) 880-3961
jgoldfarb@mmlawus.com

*Attorneys for Defendant Quasar Distributors, LLC*


FAEGRE DRINKER BIDDLE & REATH LLP
By: */s/ Brian P. Morgan (by consent)*
Brian P. Morgan
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
(212) 248-3272
brian.morgan@faegredrinker.com

*Attorneys for Defendant EisnerAmper LLP*



SO ORDERED:

_____
HON. FREDERIC BLOCK, U.S.D.J.