UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>INFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP, AND INFINITY Q MANAGEMENT EQUITY, LLC,<br><br>              Defendants. | Civil Action No. 1:21-cv-03249-FB-MMH |

## **MOTION FOR ADMISSION *PRO HAC VICE***

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William M. Connolly, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant EisnerAmper LLP in the above-captioned action.

I am and have been a member of good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no disciplinary proceedings presently against me. Pursuant to Local Civil Rule 1.3, I have attached

the applicant declaration as **Exhibit A** and current certificates of good standing from the Commonwealth of Pennsylvania and the State of New Jersey as **Exhibit B.**

| | |
|---|---|
| Dated: May 10, 2022 | */s/ William M. Connolly*<br>William M. Connolly<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 988-2700<br>william.connolly@faegredrinker.com<br><br>*Attorneys for EisnerAmper LLP* |