**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>INFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP, AND INFINITY Q MANAGEMENT EQUITY, LLC,<br><br>        Defendants. | Civil Action No. 1:21-cv-03249-FB-MMH |

## DECLARATION OF WILLIAM M. CONNOLLY PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

William M. Connolly, of full age, under penalty of perjury, hereby declares and states as follows:

1. I am a partner with the law firm of Faegre Drinker Biddle & Reath LLP. My contact information is:

William M. Connolly
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Tel: (215) 988-2700
william.connolly@faegredrinker.com

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the attached Certificates of Good Standing, I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

7. I understand that, if I am admitted *pro hac vice*, I will be subject to the disciplinary jurisdiction of the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2022
Philadelphia, Pennsylvania

William M. Connolly
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Tel: (215) 988-2700
william.connolly@faegredrinker.com

*Attorneys for EisnerAmper LLP*