UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>INFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP, AND INFINITY Q MANAGEMENT EQUITY, LLC,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:21-cv-03249-FB-MMH |

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that William M. Connolly, Esq., of Faegre Drinker Biddle & Reath LLP, who is admitted to practice *pro hac vice* in the above-captioned matter, hereby enters his appearance in the above-captioned matter on behalf of defendant EisnerAmper LLP and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

Dated: May 13, 2022

　　　　　　　　　　　　　　　　*/s/ William M. Connolly*
　　　　　　　　　　　　　　　　William M. Connolly
　　　　　　　　　　　　　　　　FAEGRE DRINKER BIDDLE & REATH LLP
　　　　　　　　　　　　　　　　One Logan Square, Ste. 2000
　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19103
　　　　　　　　　　　　　　　　Tel: (215) 988-2753
　　　　　　　　　　　　　　　　william.connolly@faegredrinker.com
　　　　　　　　　　　　　　　　*Attorneys for EisnerAmper LLP*