UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
OAK FINANCIAL GROUP, INC., :
 :
 :
    Plaintiff, :
 :
v. :
 : Case No. 1:21-cv-3249-FB-MMH
INFINITY Q DIVERSIFIED ALPHA FUND, :
TRUST FOR ADVISED PORTFOLIOS, : **NOTICE OF APPEARANCE**
INFINITY Q CAPITAL MANAGEMENT LLC, :
CHRISTOPHER E. KASHMERICK, JOHN C. :
CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY :
E. RESIS, RUSSELL B. SIMON, STEVEN J. :
JENSEN, JAMES VELISSARIS, LEONARD :
POTTER, SCOTT LINDELL, QUASAR :
DISTRIBUTORS, LLC, EISNERAMPER LLP, :
BONDERMAN FAMILY LIMITED :
PARTNERSHIP, LP, and INFINITY Q :
MANAGEMENT EQUITY, LLC, :
 :
    Defendants. :
------------------------------------------------------------------x

    **PLEASE TAKE NOTICE**, that James J. Coster, Esq. of the law firm Duane Morris LLP hereby enters an appearance on behalf of defendants John C. Chrystal, Albert J. DiUlio, S.J., and Harry E. Resis in the above-captioned matter and demands that all notices given or required to be given and all papers served or required to be served be given and served at the office address set forth below.

Dated:  New York, New York
       June 7, 2022

                                                  DUANE MORRIS LLP

                                                  By:    s/ James J. Coster
                                                          James J. Coster
                                                230 Park Avenue, Suite 1130
                                                New York, New York 10169-0079
                                                E-mail: JJCoster@duanemorris.com

Telephone: (212) 404-8712
Fax: (212) 818-9606

*Attorneys for Defendant John C. Chrystal, Albert J. DiUlio, S.J. and Harry E. Resis*