UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OAK FINANCIAL GROUP, INC.,

        Plaintiff,

    v.

INFINITY Q DIVERSIFIED ALPHA FUND,
TRUST FOR ADVISED PORTFOLIOS,
INFINITY Q CAPITAL MANAGEMENT LLC,
CHRISTOPHER E. KASHMERICK, JOHN C.
CHRYSTAL, ALBERT J. DIULO, S.J. HARRY
E. RESIS, RUSSELL B. SIMON, STEVEN J.
JENSEN, JAMES VELISSARIS, LEONARD
POTTER, SCOTT LINDELL, QUASAR
DISTRIBUTORS, LLC, EISNERAMPER LLP,
BONDERMAN FAMILY LIMITED
PARTNERSHIP, LP, and INFINITY Q
MANAGEMENT EQUITY, LLC,

        Defendants.

No. 1:21-cv-01047-FB-MMH

**<u>NOTICE OF APPEARANCE</u>**

      **PLEASE TAKE NOTICE** that James K. Goldfarb, who is admitted to practice

in this Court, respectfully enters his appearance as counsel for Defendant Quasar Distributors,

LLC, and requests that copies of all future pleadings, filings, notices, correspondences, and other

papers be served upon him.

Dated: August 18, 2022
      New York, New York

                Respectfully submitted,

                Davis Wright Tremaine LLP

        By:  <u>/s/ James K. Goldfarb</u>
            James K. Goldfarb
            JamesGoldfarb@dwt.com
            1185 Avenue of the Americas, 21st Floor
            New York, New York 10036
            (212) 880-3961

            *Attorneys for Defendant Quasar*
            *Distributors LLC*