UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULO, S.J. HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP, LP, and INFINITY Q MANAGEMENT EQUITY, LLC, <br><br> Defendants. | No. 1:21-cv-03249-FB-MMH <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Cameron S. Matheson, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Defendant Quasar Distributors LLC, and requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon him.

Dated: August 18, 2022
       New York, New York

                                                Respectfully submitted,

                                                Davis Wright Tremaine LLP

                            By:  /s/ Cameron S. Matheson
                                     Cameron S. Matheson
                                     CameronMatheson@dwt.com
                                     4870 Sadler Road, Suite 301
                                     Glen Allen, VA 23060
                                     (804) 762-5332

                                     *Attorneys for Defendant Quasar Distributors LLC*