UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULO, S.J. HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP, LP, and INFINITY Q MANAGEMENT EQUITY, LLC,<br><br>　　　　Defendants. | Case No. 1:21-cv-03249-FB-MMH |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to rule 7.1 of the federal rules of civil procedure, Quasar Distributors, LLC hereby identifies its parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

Quasar Distributors, LLC is wholly owned by Foreside Financial Group, LLC, doing business as ACA Group, a privately-held entity, and no publicly held corporation owns 10% or more of its stock.

[*Signature on Following Page.*]

Dated: August 19, 2022

                DAVIS WRIGHT TREMAINE LLP

                /s/ James K. Goldfarb
                James K. Goldfarb
                Cameron Matheson
                1185 Avenue of the Americas, 21st Floor
                New York, NY 10036
                Tel.: (212) 880-3961
                Fax: (212) 880-3998
                *jamesgoldfarb@dwt.com*
                *cameronmatheson@dwt.com*

                *Attorneys for Defendant Quasar Distributors, LLC*