**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OAK FINANCIAL GROUP, INC.,<br><br>                Plaintiff,<br><br>      v.<br><br>INFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP, AND INFINITY Q MANAGEMENT EQUITY, LLC,<br><br>                Defendants. | Civil Action No. 1:21-cv-03249-MKB-SJB |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that MATTHEW R. LADD, of the law firm of Morgan, Lewis & Bockius LLP, representing Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, Russell B. Simon, and Steven J. Jensen, has a change of address to the following and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

Matthew R. Ladd
Morgan, Lewis & Bockius, LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Phone: 214-466-4000
Fax: 214-466-4001

Dated: September 26, 2022

/s/ Matthew R. Ladd
Matthew R. Ladd
MORGAN, LEWIS & BOCKIUS LLP
1717 Main St., Suite 3200
Dallas, TX 75201
Phone: (214) 466-4000
Fax: (214) 466-4001
matthew.ladd@morganlewis.com

*Counsel for Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, Russell B. Simon, and Steven J. Jensen*