# Morgan Lewis

**Susan F. DiCicco**
Partner
+1.212.309.6640
susan.dicicco@morganlewis.com

January 12, 2023

**VIA ECF**

Honorable Frederic Block
United States District Court Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Oak Fin. Group v. Infinity Q Div. Alpha Fund, et al.*, No. 1:21-cv-03249-FB-MMH ("*Oak Financial*")

Dear Judge Block:

We represent Defendants Trust for Advised Portfolios ("TAP") and its officers Christopher E. Kashmerick, Russell B. Simon, and Steven J. Jensen in the above-referenced action.

We write to inform the Court that on January 10, 2023, in a related action brought by the Securities and Exchange Commission ("SEC") against the Infinity Q Diversified Alpha Fund (the "Fund," a series of TAP), Judge P. Kevin Castel issued an order appointing a Special Master and imposing a stay of certain litigation, including this action. *See* ECF No. 15, Consented to Order Appointing Special Master and Imposing Litigation Injunction ("Injunction Order"), *SEC v. Infinity Q Diversified Alpha Fund*, Case No. 1:22-cv-09608-PKC (S.D.N.Y.). Pursuant to Paragraphs 12(A) and 15 of the Injunction Order, and Exhibit B thereto identifying the above-referenced matter as an "Ancillary Proceeding," the litigation stay in the action applies to this case. The Injunction Order, including its exhibits, is appended to this letter as Exhibit A.

Respectfully submitted,

*Susan F. DiCicco*

Susan F. DiCicco

cc:   All counsel of record via ECF in *Oak Financial*

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060        T +1.212.309.6000
United States                  F +1.212.309.6001