UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

OAK FINANCIAL GROUP, INC.,

        Plaintiff,

    vs.

INIFINITY Q DIVERSIFIED ALPHA FUND,
TRUST FOR ADVISED PORTFOLIOS, INFINITY
Q CAPITAL MANAGEMENT LLC,
CHRISTOPHER E. KASHMERICK, JOHN C.
CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E.
RESIS, RUSSELL B. SIMON, STEVEN J.
JENSEN, JAMES VELISSARIS, LEONARD
POTTER, SCOTT LINDELL, QUASAR
DISTRIBUTORS, LLC, EISNERAMPER LLP,
BONDERMAN FAMILY LIMITED
PARTNERSHIP LP and INFINITY Q
MANAGEMENT EQUITY, LLC,

        Defendants.

Civil Action No. 1:21-cv-03249-FB-MMH

Hon. Frederic Block

**MOTION TO WITHDRAW APPEARANCE**

---

      PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Veronica E. Callahan, Defendant James Velissaris will move this Court for an Order allowing the firm Arnold & Porter Kaye Scholer LLP and its attorneys Veronica E. Callahan, Kathleen A. Reilly, Jennifer Oh, and Tyler Fink to withdraw as counsel for James Velissaris and Infinity Q Management Equity, LLC ("IQME"). In support of such notice and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel states the following: Mr. Velissaris informed us that he will be changing counsel in this action, which we understand relates to changing counsel for both Mr. Velissaris and IQME, necessitating our withdrawal as counsel for both Mr. Velissaris and IQME. We further understand that Barnes & Thornburg LLP intends to file notices of appearance in this action.

Dated:     New York, New York
           March 31, 2023

                              ARNOLD & PORTER KAYE SCHOLER LLP

                              By: _____
                                    Veronica E. Callahan
                                    Kathleen A. Reilly
                                    Jennifer Oh
                                    Tyler Fink
                                    250 West 55th Street
                                    New York, NY 10019-9710
                                    Telephone: +1 212.836.8000

                              *Attorneys for Defendants James Velissaris and*
                              *Infinity Q Management Equity, LLC*