UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INIFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP and INFINITY Q MANAGEMENT EQUITY, LLC, <br><br> Defendants. | Civil Action No. 1:21-cv-03249-FB-MMH <br><br> Hon. Frederic Block <br><br> **ORDER GRANTING WITHDRAWAL AS COUNSEL** |

Upon the Notice of Counsel for Defendant James Velissaris and Infinity Q Management Equity, LLC ("IQME") and the accompanying declaration of Veronica E. Callahan,

IT IS HEREBY ORDERED that the motion to withdraw Veronica E. Callahan, Kathleen A. Reilly, Jennifer Oh, Tyler Fink, and Arnold & Porter Kaye Scholer LLP as counsel for Defendants James Velissaris and IQME is granted. The above appearances are withdrawn as of the date of this Order.

SO ORDERED:

Dated: _____          _____
                                       The Honorable Frederick Block
                                       United States District Court Judge