UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>INFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP, INFINITY Q MANAGEMENT EQUITY, LLC, and U.S. BANCORP FUND SERVICES LLC<br><br>    Defendants. | Civil Action No. 1:21-cv-03249-FB-MMH<br><br>Hon. Frederic Block<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Charlotte Underwood, a member in good standing of the Bar of this Court and counsel with the law firm Barnes & Thornburg LLP, hereby enters her appearance as counsel of record for **James Velissaris and Infinity Q Management Equity, LLC** in the above-captioned litigation.

Dated: New York, New York
    April 18, 2023

                  RESPECTFULLY SUBMITTED,

                 By: /s/ *Charlotte Underwood*
                    Charlotte Underwood
To: The Clerk of the Court       BARNES & THORNBURG LLP
   All Counsel of Record        390 Madison Avenue, 12th Floor
                    New York, New York 10017
                    (646) 746-2192
                    charlotte.underwood@btlaw.com

                    *Attorneys for Defendants James Velissaris*
                    *and Infinity Q Management Equity, LLC*