UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>INIFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP and INFINITY Q MANAGEMENT EQUITY, LLC,<br><br>　　　　　　Defendants. | Civil Action No. 1:21-cv-03249-FB-MMH<br><br>Hon. Frederic Block<br><br>**MOTION TO WITHDRAW APPEARANCE** |

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Veronica E. Callahan, Defendants James Velissaris and Infinity Q Management Equity ("IQME") will move this Court for an Order allowing the firm Arnold & Porter Kaye Scholer LLP and its attorneys Veronica E. Callahan, Kathleen A. Reilly, Jennifer Oh, and Tyler Fink to withdraw as counsel for James Velissaris and IQME. In support of such notice and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel states the following: As of April 18, 2023, Barnes & Thornburg have entered an appearance to represent James Velissaris and IQME, and become counsel of record in this matter.

Dated: New York, New York
April 18, 2023

        ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
    Veronica E. Callahan
    Kathleen A. Reilly
    Jennifer Oh
    Tyler Fink
    250 West 55th Street
    New York, NY 10019-9710
    Telephone: +1 212.836.8000

*Attorneys for Defendants James Velissaris and Infinity Q Management Equity, LLC*