UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OAK FINANCIAL GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INIFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, STEVEN J. JENSEN, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QUASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP LP and INFINITY Q MANAGEMENT EQUITY, LLC, <br><br> Defendants. | Civil Action No. 1:21-cv-03249-FB-MMH <br><br> Hon. Frederic Block <br><br> **DECLARATION OF VERONICA E. CALLAHAN PURSUANT TO LOCAL RULE 1.4** |

I, Veronica E. Callahan, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. Defendants James Velissaris and Infinity Q Management Equity, LLC ("IQME") are represented in this matter by Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"). Counsel of record for James Velissaris and IQME include my colleagues Kathleen A. Reilly, Jennifer Oh, and Tyler Fink as well as myself.

2. On April 18, 2023, an attorney from Barnes & Thornburg LLP entered her appearance to represent Mr. Velissaris and IQME in this action.

3. Currently, the posture of the case is as follows: No answer has been filed, no dispositive motions have been filed and no trial date has been set. This action is stayed.

4.      Because an attorney from Barnes & Thornburg LLP has appeared and will continue to represent Mr. Velissaris and IQME in this action, withdrawal of Ms. Reilly, Ms. Oh, Mr. Fink and myself will not prejudice Mr. Velissaris or IQME.

5.      Arnold & Porter is not asserting a retaining or charging lien.

6.      I respectfully request that the Court enter the accompanying Order allowing Arnold & Porter, Ms. Reilly, Ms. Oh, Mr. Fink and myself to withdraw as counsel of record for James Velissaris and IQME.

Dated:    New York, New York
          April 18, 2023

                                        ARNOLD & PORTER KAYE SCHOLER LLP

                                        By: _____
                                            Veronica E. Callahan
                                            250 West 55th Street
                                            New York, NY 10019-9710
                                            Telephone: +1 212.836.8000
                                            Fax: +1 212.836.8689


                                        *Attorneys for Defendants James Velissaris and*
                                        *Infinity Q Management Equity, LLC*