Morgan Lewis

**Susan F. DiCicco**
Partner
+1.212.309.6640
susan.dicicco@morganlewis.com

August 24, 2023

**VIA ECF**

Honorable Frederic Block
United States District Court Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***Oak Fin. Group v. Infinity Q Div. Alpha Fund, et al.*, No. 1:21-cv-03249-FB-MMH (“*Oak Financial*”)**

Dear Judge Block:

We represent Defendants Trust for Advised Portfolios (“TAP”) and its officers Christopher E. Kashmerick, Russell B. Simon, and Steven J. Jensen in the above-referenced action.

Earlier this year, we informed the Court that this action and related actions had been stayed by order of Judge P. Kevin Castel. ECF No. 49 (Letter regarding Preliminary Approval of Settlement and Request for Extension); *see SEC v. Infinity Q Diversified Alpha Fund*, Case No. 1:22-cv-09608-PKC (S.D.N.Y.) (ECF No. 15, Consented to Order Appointing Special Master and Imposing Litigation Injunction). The Court thereafter issued an electronic order staying this case and instructing counsel to “file under cover letter a copy of the Special Master’s periodic reports which are ordered in J. Castel’s order.”

A copy of the Special Master’s First Quarterly Status Report is filed with this letter. We will promptly file in this action future status reports submitted by the Special Master pursuant to Judge Castel’s order.

Respectfully submitted,

Susan F. DiCicco

Susan F. DiCicco

cc: All counsel of record via ECF in *Oak Financial*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

SEURITIES AND EXCHANGE COMMISSION,

Plaintiff,

22 Civ. 09608 (PKC)

vs.

INFINITY Q DIVERSIFIED ALPHA FUND,

Defendant.

---------------------------------------------x

**SPECIAL MASTER'S FIRST QUARTERLY STATUS REPORT**

The undersigned Special Master, appointed by this Court's order dated January 10, 2023, as amended March 10, 2023 (the "Order"), submits this First Quarterly Status Report in accordance with paragraph 23 of the Order for the period January 10, 2023 to June 30, 2023 and for the quarter ended June 30, 2023 concerning Infinity Q Diversified Alpha Fund (the "Fund") and the Special Reserve established within the Fund.

1. As of June 30, 2023, the balance of the Special Reserve was $564,245,473.40. This sum is that portion of the overall Fund that the Fund's governing board, the Board of Trustees of the Trust for Advised Portfolios ("TAP"), set aside to pay legal defense costs of the Fund and Indemnitees in the pending litigations.

2. In accordance with paragraph 23A of the Order, annexed hereto as **Exhibits A and B** are the Standardized Fund Accounting Reports for the Fund, presented on a cash basis, which I have prepared in the manner prescribed in the SEC's Standardized Fund Accounting Report appended to the SEC's Billing Instructions and incorporated in paragraph 29A of the Order. **Exhibits A and B** set forth a summary of operations

of the Fund, including the Special Reserve, for the periods (i) January 10, 2023 through June 30, 2023 and (ii) the quarter ended June 30, 2023.

3. In accordance with paragraph 23B of the order, the Special Reserve balances for the period January 1, 2023 through June 30, 2023 were as follows:

| Month | Beginning Balance | Expenses Paid | Ending Balance |
|---|---|---|---|
| Jan-23 | 566,375,657.37 | - | 566,375,657.37 |
| Feb-23 | 566,375,657.37 | - | 566,375,657.37 |
| Mar-23 | 566,375,657.37 | (103,436.66) | 566,272,220.71 |
| Apr-23 | 566,272,220.71 | (1,138,359.40) | 565,133,861.31 |
| May-23 | 565,133,861.31 | (446,638.92) | 564,687,222.39 |
| Jun-23 | 564,687,222.39 | (441,748.99) | 564,245,473.40 |

4. Pursuant to paragraph 23C of the Order, **Exhibit A** includes a schedule of all of the Special Master's receipts and disbursements for the period beginning on the date of my appointment as Special Master through June 30, 2023.

5. Pursuant to paragraph 23C of the Order, **Exhibit B** includes a schedule of all of the Special Master's receipts and disbursements for the quarter ended June 30, 2023.

6. In accordance with paragraph 23D of the Order, annexed hereto are **Exhibits C-1, C-2 and C-3,** which set forth accrued expenses and liabilities of the Fund. The Fund's creditors are:

- Fund service providers:
    - National Financial Services
    - Pershing LLC
    - RBC Capital Markets
    - Stretto
    - UBS Financial Services
    - U.S. Bancorp Fund Services

- Fund attorneys:
    - Morgan Lewis & Bockius LLP
    - Morris Nichols Arsht & Tunnell LLP
- Indemnitee attorneys (as defined in Exhibit A to the Order):
    - Davis Wright Tremaine LLP (for Quasar Distributors)
    - Duane Morris LLP (for the independent trustees)
- Fund's Litigation Consultant – Cornerstone Research
- Special Litigation Committee ("SLC") members:
    - Andrew M. Calamari
    - John Siciliano
- Special Master
- Finn Dixon & Herling LLP, counsel to the SLC and the Special Master
- Fred Naddaff – expert retained by the SLC

**Exhibit C-1** identifies unpaid invoices of these creditors, excluding partially paid invoices, which are set forth in **Exhibit C-2**. The partially paid invoices comprise primarily invoices of the Special Master, the SLC members and Finn Dixon & Herling LLP that are subject to hold-backs under the Order. **Exhibit C-3** sets forth invoices of Duane Morris for legal services provided to the independent trustees for which I have determined that the conditions for payment have not yet been established.

7. In accordance with paragraph 23E of the Order, the foregoing updates the information contained in my First Status Report dated February 9, 2023. Pursuant to a Stipulation and Order filed on March 30, 2023, my recommendations, if any, for possible

amendments to the Plan of Distribution described on page 2 of the Order shall be filed within thirty (30) days of the date of a decision by New York Supreme Court to approve or reject class action settlements that are before the court.

Dated: Stamford, CT
July 18, 2023

Respectfully submitted,

Andrew M. Calamari

# EXHIBIT A

STANDARDIZED FUND ACCOUNTING REPORT for Infinity Q Diversified Alpha Fund - Cash Basis
Special Master; Civil Court Docket No. 22 Civ 9608 (PKC)
Reporting Period 01/10/2023 to 06/30/2023

| **FUND ACCOUNTING:** | | | |
|---|---|---|---|
| | | Detail | Total |
| **Line 1** | **Beginning Balance (as of 01/10/2023):** | | $ 584,075,168.98 |
| | ***Increases in Fund Balance:*** | | |
| **Line 2** | **Business Income** | | - |
| **Line 3** | **Cash and Securities** | | - |
| **Line 4** | **Interest/Dividend Income - Money Market Dividends** | | 11,085,401.49 |
| **Line 5** | **Business Asset Liquidation** | | - |
| **Line 6** | **Personal Asset Liquidation** | | - |
| **Line 7** | **Third-Party Litigation Income** | | - |
| **Line 8** | **Miscellaneous - Other** | | - |
| | **Total Funds Available (Lines 1-8):** | | 595,160,570.47 |
| | ***Decreases in Fund Balance:*** | | |
| **Line 9** | **Disbursements to Investors** | | - |
| **Line 10** | **Disbursements for Special Master Operations** | | |
| *Line 10a* | *Disbursements to Special Master or Other Professionals* | | |
| | Special Master | $ 29,881.60 | |
| | Special Litigation Committee | 105,395.61 | |
| | Finn Dixon Herling | 489,066.75 | |
| | *Total Disbursements for Special Master Operations* | 624,343.96 | |
| *Line 10b* | *Operating Expenses* | | |
| | National Financial Services | 420.43 | |
| | Pershing LLC | 17,159.35 | |
| | RBC Capital Markets LLC | 23.50 | |
| | Stretto | 695.00 | |
| | UBS Financial Services | 6,173.32 | |
| | U.S. Bancorp Fund Services | 5,384.41 | |
| | *Total Operating Expenses* | 29,856.01 | |
| *Line 10c* | *Personal Asset Expenses* | - | |
| *Line 10d* | *Investment Expenses* | - | |
| *Line 10e* | *Third-Party Attorney/Litigation Expenses* | | |
| | Cornerstone | 128,174.00 | |
| | Davis Wright Tremaine LLP | | |
| | Hunter-Rosenstein | 107,844.50 | |
| | Oak Finanical Group | 273.00 | |
| | Shiavi | 318.50 | |
| | Velissaris Government Actions | 9,323.00 | |
| | Glenmede Trust | 38,345.50 | |
| | Carson Family 2013 Dynasty Trust | 94.50 | |
| | Flint Hills Diversified Strategies LP | 185.50 | |
| | Duane Morris LLP | | |
| | Corporate Advice | 34,446.00 | |
| | Class Action Matters | 127,653.14 | |
| | SEC Investigation | 164,348.98 | |
| | Oak Finanical Group | 6,645.95 | |
| | Evercore Investment Banking | 3,092.55 | |
| | Delaware Derivative Action | 16,601.55 | |
| | Special Litigation Committee | 50,329.15 | |
| | Morgan Lewis & Bockius LLP | | |
| | SEC Investigation | 235,288.53 | |
| | Fund Liquidation and Distribution | 103,594.86 | |
| | Securities Litigation | 348,803.57 | |
| | Insurance Recovery | 56,077.43 | |
| | Rowan Derivative Litigation | 3,359.62 | |

| FUND ACCOUNTING: | | Detail | Total |
|---|---|---|---|
| | Special Litigation Committee | 29,635.72 | |
| | Books and Records Demands | 6,633.90 | |
| | Morris Nichols Arsht & Tunnell LLP | | |
| | Delaware Derivative Action | 4,914.55 | |
| | *Total Third-Party Attorney/Litigation Expenses* | 1,475,984.00 | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | - | |
| *Line 10g* | *Federal and State Tax Payments* | - | |
| | **Total Disbursements for Special Master Operations** | | 2,130,183.97 |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | - | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | - | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | - |
| **Line 12** | Disbursements to Court/Other: | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment System Fees* | - | |
| *Line 12b* | *Federal Tax Payments* | - | |
| | **Total Disbursements to Court/Other:** | | - |
| | **Total Funds Disbursed (Lines 9-11):** | | 2,130,183.97 |
| **Line 13** | **Ending Balance (As of 06/30/2023):** | | $ 593,030,386.50 |
| **Line 14** | Ending Balance of Fund - Net Assets: | | |
| *Line 14a* | *Cash & Cash Equivaents* | | 593,030,386.50 |
| *Line 14b* | *Investments* | | - |
| *Line 14c* | *Other Assets or Uncleared Funds* | | - |
| | **Total Ending Balance of Fund - Net Assets** | | $ 593,030,386.50 |

| Other Supplemental Information: | | Detail | Total |
|---|---|---|---|
| | **Report of Items NOT To Be Paid by the Fund:** | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | |
| *Line 15a* | *Plan Administration Expenses Not Paid by the Fund:* | $ - | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | - | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not paid by the Fund* | - | |
| | **TotalDisbursements for Plan Administration Expenses Not Paid by the Fund:** | | $ - |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | - | |
| *Line 16b* | *Federal Tax Payments* | - | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | - |
| **Line 17** | **DC & State Tax Payments** | | - |
| **Line 18** | **No. of Claims:** | | |
| *Line 18a* | *# of Claims Received This Reporting Period* | | - |
| *Line 18b* | *# of Claims Received Since Inception of Fund* | | - |
| **Line 19** | **No. of Claimants/Investors:** | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | | - |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* | | - |

Special Master:

By: ______________________________

(signature)

______________________________

(printed name)

______________________________

(title)

Date: ______________________________

# EXHIBIT B

STANDARDIZED FUND ACCOUNTING REPORT for Infinity Q Diversified Alpha Fund - Cash Basis
Special Master; Civil Court Docket No. 22 Civ 9608 (PKC)
Reporting Period 04/01/2023 to 06/30/2023

| FUND ACCOUNTING: | | | |
|---|---|---|---|
| | | Detail | Total |
| **Line 1** | **Beginning Balance (as of 04/1/2023):** | | $ 588,021,608.91 |
| | ***Increases in Fund Balance:*** | | |
| **Line 2** | **Business Income** | | - |
| **Line 3** | **Cash and Securities** | | - |
| **Line 4** | **Interest/Dividend Income - Money Market Dividends** | | 7,035,524.90 |
| **Line 5** | **Business Asset Liquidation** | | - |
| **Line 6** | **Personal Asset Liquidation** | | - |
| **Line 7** | **Third-Party Litigation Income** | | - |
| **Line 8** | **Miscellaneous - Other** | | - |
| | **Total Funds Available (Lines 1-8):** | | 595,057,133.81 |
| | ***Decreases in Fund Balance:*** | | |
| **Line 9** | **Disbursements to Investors** | | - |
| **Line 10** | **Disbursements for Special Master Operations** | | |
| *Line 10a* | *Disbursements to Special Master or Other Professionals* | | |
| | 1. Special Master | $ 22,668.80 | |
| | 2. Special Litigation Committee | 98,528.41 | |
| | 3. Finn Dixon Herling | 402,784.88 | |
| | *Total Disbursements for Special Master Operations* | 523,982.09 | |
| *Line 10b* | *Operating Expenses* | | |
| | 1. National Financial Services | 342.49 | |
| | 2. Pershing LLC | 17,159.35 | |
| | 3. RBC Capital Markets LLC | 18.83 | |
| | 4. Stretto | 695.00 | |
| | 5. UBS Financial Services | 4,941.32 | |
| | 6. U.S. Bancorp Fund Services | 3,624.23 | |
| | *Total Operating Expenses* | 26,781.22 | |
| *Line 10c* | *Personal Asset Expenses* | - | |
| *Line 10d* | *Investment Expenses* | - | |
| *Line 10e* | *Third-Party Attorney/Litigation Expenses* | | |
| | 1. Cornerstone | 128,174.00 | |
| | 2. Davis Wright Tremaine LLP | | |
| | Hunter-Rosenstein | 107,844.50 | |
| | Glenmede Trust | 38,345.50 | |
| | Velissaris Government Actions | 9,323.00 | |
| | Shiavi | 318.50 | |
| | Oak Financial Group | 273.00 | |
| | Flint Hills Diversified Strategies LP | 185.50 | |
| | Carson Family 2013 Dynasty Trust | 94.50 | |
| | 3. Duane Morris LLP | | |
| | SEC Investigation | 164,348.98 | |
| | Class Action Matters | 127,653.14 | |
| | Special Litigation Committee | 50,329.15 | |
| | Corporate Advice | 34,446.00 | |
| | Delaware Derivative Action | 16,601.55 | |
| | Oak Financial Group | 6,645.95 | |
| | Evercore Investment Banking | 3,092.55 | |
| | 4. Morgan Lewis & Bockius LLP | | |
| | Securities Litigation | 348,803.57 | |
| | SEC Investigation | 235,288.53 | |
| | Fund Liquidation and Distribution | 103,594.86 | |
| | Insurance Recovery | 56,077.43 | |
| | Special Litigation Committee | 29,635.72 | |
| | Books and Records Demands | 6,633.90 | |
| | Rowan Derivative Litigation | 3,359.62 | |

| FUND ACCOUNTING: | | | |
|---|---|---|---|
| | | Detail | Total |
| | 5. Morris Nichols Arsht & Tunnell LLP | | |
| | Delaware Derivative Action | 4,914.55 | |
| | *Total Third-Party Attorney/Litigation Expenses* | 1,475,984.00 | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | - | |
| *Line 10g* | *Federal and State Tax Payments* | - | |
| | **Total Disbursements for Special Master Operations** | | 2,026,747.31 |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | - | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | - | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | - |
| **Line 12** | Disbursements to Court/Other: | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment System Fees* | - | |
| *Line 12b* | *Federal Tax Payments* | - | |
| | **Total Disbursements to Court/Other:** | | - |
| | **Total Funds Disbursed (Lines 9-11):** | | 2,026,747.31 |
| **Line 13** | **Ending Balance (As of 06/30/2023):** | | $ 593,030,386.50 |
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | |
| *Line 14a* | *Cash & Cash Equivalents* | | 593,030,386.50 |
| *Line 14b* | *Investments* | | - |
| *Line 14c* | *Other Assets or Uncleared Funds* | | - |
| | **Total Ending Balance of Fund - Net Assets** | | $ 593,030,386.50 |

| Other Supplemental Information: | | | |
|---|---|---|---|
| | | Detail | Total |
| | **Report of Items NOT To Be Paid by the Fund:** | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | |
| *Line 15a* | *Plan Administration Expenses Not Paid by the Fund:* | - | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | - | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not paid by the Fund* | - | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | - |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | - | |
| *Line 16b* | *Federal Tax Payments* | - | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | - |
| **Line 17** | **DC & State Tax Payments** | | - |
| **Line 18** | **No. of Claims:** | | |
| *Line 18a* | *# of Claims Received This Reporting Period* | | - |
| *Line 18b* | *# of Claims Received Since Inception of Fund* | | - |
| **Line 19** | **No. of Claimants/Investors:** | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | | - |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* | | - |

Special Master:
By:

______________________
(signature)

______________________
(printed name)

______________________
(title)

Date: ______________________

# EXHIBIT C-1

**Unpaid Expenses**

| Payee | Description | Inv # | Amount | month | |
|---|---|---|---|---|---|
| Davis Wright Tremaine | May 2023 Hunter-Rosenstein | 7003663 | 8,814.00 | 5 | |
| Davis Wright Tremaine | May 2023 Litigation | 7003665 | 136.50 | 5 | |
| Davis Wright Tremaine | May 2023 Velissaris Government Actions | 7003662 | 237.00 | 5 | |
| Davis Wright Tremaine | May 2023 Litigation | 7003664 | 2,728.00 | 5 | |
| Davis Wright Tremaine | May 2023 Litigation | 7003666 | 136.50 | 5 | |
| Davis Wright Tremaine | June 2023 Velissaris Government Actions | 7010217 | 790.00 | 6 | |
| Davis Wright Tremaine | June 2023 Litigation | 7010218 | 6,393.50 | 6 | |
| Davis Wright Tremaine | June 2023 Hunter-Rosenstein | 7010216 | 16,052.50 | 6 | |
| Finn Dixon Herling | May 2023 Independent Trustee | 172026 | 5,244.00 | 5 | |
| Finn Dixon Herling | May 2023 Representation SLC | 172220 | 48,476.20 | 5 | |
| Fred Naddaff | Expert Opinion-June 2023 | IQ62301 | 28,250.00 | 6 | |
| John Siciliano | May 2023 Independent Trustee | May-23 | 6,670.40 | 5 | |
| John Siciliano | June 2023 Independent Trustee | Jun-23 | 18,260.00 | 6 | |
| Morgan Lewis | April 2023 Securities Litigation | 5192635 | 48,138.28 | 4 | |
| Morgan Lewis | May 2023 SLC Matters | 5192634 | 4,060.45 | 4 | |
| Morgan Lewis | May 2023 Securities Litigation | 5219580 | 69,611.98 | 5 | |
| Morgan Lewis | May 2023 Fund Liquidation & Distribution | 5216264 | 4,211.75 | 5 | |
| Morgan Lewis | May 2023 SEC Investigation | 5216263 | 20,172.98 | 5 | |
| Morgan Lewis | May 2023 Rowan Shareholder Litigation | 5216261 | 2,189.08 | 5 | |
| Morgan Lewis | May 2023 SLC Matters | 5216256 | 835.97 | 5 | |
| Morgan Lewis | May 2023 Insurance Recovery | 5216258 | 1,676.07 | 5 | |
| National Financial Services | May 2023 NTF Servicing Fees | 337683 | 3.00 | 5 | |
| National Financial Services | May 2023 TF Servicing Fees | 338056 | 83.26 | 5 | |
| National Financial Services | June 2023 NTF Servicing Fees | 338847 | 2.93 | 6 | |
| National Financial Services | June 2023 TF Servicing Fees | 339479 | 80.60 | 6 | |
| RBC | May 2023 Servicing Fees | 0523308522 | 4.22 | 5 | |
| RBC | June 2023 Servicing Fees | 0623308522 | 4.21 | 6 | |
| Stretto | April 2023 Website Services | 8351 | 487.50 | 4 | |
| Stretto | May 2023 Website Services | 8430 | 560.00 | 5 | |
| UBS | May 2023 Servicing Fees | 0523308523 | 1,258.67 | 5 | |
| UBS | June 2023 Servicing Fees | 0623308523 | 1,258.67 | 6 | |
| U.S. Bancorp Fund Services | March 2023 Expenses | 20230331-2437-A | 2,861.83 | 3 | |
| U.S. Bancorp Fund Services | April 2023 Expenses | 20230430-2437-A | 1,828.47 | 4 | |
| U.S. Bancorp Fund Services | May 2023 Expense | 20230531-2437-A | 1,693.30 | 5 | Total accrued |
| | | total | 303,211.82 | | 2,167,024.56 |

# EXHIBIT C-2

**Partial Paid - Open Balance**

| Payee | Description | Inv # | Amount | month | |
|---|---|---|---|---|---|
| Duane Morris | 5/26/22 Dated SEC Investigation | 2908672 | 82,599.08 | 5 | SEC |
| Finn Dixon Herling | January 2023 FDH Representation SM | 170376 | 1,221.00 | 1 | |
| Finn Dixon Herling | January 2023 Independent Trustee | 170377 | 809.60 | 1 | |
| Finn Dixon Herling | January 2023 FDH Representation SLC | 170416 | 19,799.80 | 1 | |
| Finn Dixon Herling | January 2023 Special Master | 170446 | 1,803.20 | 1 | |
| Finn Dixon Herling | February 2023 FDH Representation SLC | 170690 | 14,949.10 | 2 | |
| Finn Dixon Herling | February 2023 FDH Representation SM | 170710 | 2,199.90 | 2 | |
| Finn Dixon Herling | February 2023 Special Master | 170719 | 2,741.60 | 2 | |
| Finn Dixon Herling | February 2023 Independent Trustee | 170720 | 2,336.80 | 2 | |
| Finn Dixon Herling | March 2023 Representation Special Maste | 171005 | 2,152.80 | 3 | |
| Finn Dixon Herling | March 2023 Representation SLC | 171008 | 2,005.60 | 3 | |
| Finn Dixon Herling | March 2023 Representation SLC | 171280 | 24,279.50 | 3 | |
| Finn Dixon Herling | March 2023 Representation Special Maste | 171281 | 1,758.90 | 3 | |
| Finn Dixon Herling | April 2023 Independent Trustee | 171628 | 1,692.80 | 4 | |
| Finn Dixon Herling | April 2023 Special Master | 171630 | 772.80 | 4 | |
| Finn Dixon Herling | April 2023 Representation SLC | 171780 | 13,823.10 | 4 | |
| Finn Dixon Herling | April 2023 Representation Special Master | 171779 | 234.30 | 4 | |
| John Siciliano | January 2023 Independent Trustee | Jan-23 | 899.20 | 1 | |
| John Siciliano | February 2023 Independent Trustee | Feb-23 | 3,440.00 | 2 | |
| John Siciliano | March 2023 Independent Trustee | Mar-23 | 2,467.20 | 3 | |
| John Siciliano | April 2023 Independent Trustee | Apr-23 | 1,933.33 | 4 | |
| | | | 183,919.61 | | |

# EXHIBIT C-3

| Payee | Description | Inv # | Amount | Month | Matter |
|---|---|---|---|---|---|
| Duane Morris | May 2022 Class Action Matters | 2920001 | 11,689.89 | 5 | CA |
| Duane Morris | 6/29/22 Dated SEC Investigation | 2920002 | 86,214.33 | 5 | SEC |
| Duane Morris | May 2022 Delaware Derivative Action | 2920003 | 596.00 | 5 | DD |
| Duane Morris | May 2022 SLC Matters | 2920004 | 2,118.50 | 5 | SLC |
| Duane Morris | June 2022 Class Action Matters | 2928030 | 8,133.90 | 6 | CA |
| Duane Morris | 7/20/22 Dated SEC Investigation | 2928032 | 31,754.73 | 6 | SEC |
| Duane Morris | 7/20/22 Dated OakFinancial Litigation | 2928033 | 44.00 | 6 | OAK |
| Duane Morris | June 2022 Delaware Derivative Action | 2928034 | 17.10 | 6 | DD |
| Duane Morris | June 2022 SLC Matters | 2928035 | 4,991.00 | 6 | SLC |
| Duane Morris | July 2022 Class Action Matters | 2941293 | 6,171.96 | 7 | CA |
| Duane Morris | 8/30/22 Dated SEC Investigation | 2941294 | 313,408.61 | 7 | SEC |
| Duane Morris | 8/30/22 Dated OakFinancial Litigation | 2941297 | 148.00 | 7 | OAK |
| Duane Morris | July 2022 Delaware Derivative Action | 2941298 | 48.10 | 7 | DD |
| Duane Morris | July 2022 SLC Matters | 2941300 | 903.50 | 7 | SLC |
| Duane Morris | August 2022 Class Action Matters | 2951949 | 23,838.64 | 8 | CA |
| Duane Morris | 9/29/22 Dated SEC Investigation | 2951950 | 25,967.71 | 8 | SEC |
| Duane Morris | 9/29/22 Dated OakFinancial Litigation | 2951951 | 15.00 | 8 | OAK |
| Duane Morris | August 2022 Delaware Derivative Action | 2951952 | 390.60 | 8 | DD |
| Duane Morris | September 2022 Class Action Matters | 2962622 | 8,021.80 | 9 | CA |
| Duane Morris | 10/28/22 Dated SEC Investigation | 2962623 | 7,137.22 | 9 | SEC |
| Duane Morris | September 2022 Delaware Derivative Action | 2962625 | 20,259.20 | 9 | DD |
| Duane Morris | September 2022 SLC Matters | 2962628 | 25,002.00 | 9 | SLC |
| Duane Morris | October 2022 Class Action Matters | 2974961 | 5,601.80 | 10 | CA |
| Duane Morris | 11/30/22 Dated SEC Investigation | 2974962 | 8,988.10 | 10 | SEC |
| Duane Morris | 11/30/22 Dated OakFinancial Litigation | 2974964 | 512.60 | 10 | OAK |
| Duane Morris | 11/30/22 Dated Evercore Litigation | 2974965 | 828.00 | 10 | EVER |
| Duane Morris | October 2022 Delaware Derivative Action | 2974966 | 776.90 | 10 | DD |
| Duane Morris | October 2022 SLC Matters | 2974968 | 199,318.27 | 10 | SLC |
| Duane Morris | November 2022 Class Action Matters | 2977596 | 4,863.51 | 11 | CA |
| Duane Morris | 12/6/22 Dated SEC Investigation | 2977597 | 19,656.50 | 11 | SEC |
| Duane Morris | November 2022 SLC Matters | 2977600 | 117,290.92 | 11 | SLC |
| Duane Morris | December 2022 Class Action | 2991657 | 19,291.28 | 12 | CA |
| Duane Morris | December 2022 Delaware Derivative Action | 2991658 | 6,143.90 | 12 | DD |
| Duane Morris | December 2022 Special Litigation Committee | 2991661 | 201,650.68 | 12 | SLC |
| Duane Morris | December 2022 Carson Family 2013 Dynasty Trust | 2991662 | 6,631.00 | 12 | CF |
| Duane Morris | December 2022 Class Action | 2991663 | 5,942.00 | 12 | CA |
| Duane Morris | December 2022 Class Action | 2991664 | 5,222.50 | 12 | CA |
| Duane Morris | January 2023 SEC Investigation | 2999380 | 2,823.00 | 1 | SEC |
| Duane Morris | January 2023 SEC Investigation | 2999381 | 168.50 | 1 | OAK |
| Duane Morris | January 2023 Class Action A | 3002570 | 8,907.80 | 1 | CA |
| Duane Morris | January 2023 Class Action | 3002577 | 27,267.20 | 1 | CA |
| Duane Morris | January 2023 Special Litigation Committee A | 3002592 | 6,433.04 | 1 | SLC |
| Duane Morris | January 2023 Special Litigation Committee | 3002595 | 4,886.06 | 1 | SLC |
| Duane Morris | January 2023 Litigation A | 3002596 | 6,282.50 | 1 | CF |
| Duane Morris | January 2023 Litigation | 3002597 | 1,002.00 | 1 | CF |
| Duane Morris | January 2023 Litigation A | 3002604 | 6,357.50 | 1 | GLEN |
| Duane Morris | January 2023 Litigation | 3002606 | 1,167.00 | 1 | GLEN |
| Duane Morris | January 2023 Litigation A | 3002619 | 6,066.00 | 1 | FH |
| Duane Morris | January 2023 Litigation | 3002622 | 944.00 | 1 | FH |
| Duane Morris | February 2023 Class Action | 3014594 | 13,967.80 | 2 | CA |
| Duane Morris | February 2023 SEC Investigations | 3014595 | 61,421.30 | 2 | SEC |
| Duane Morris | February 2023 Litigation | 3014596 | 1,800.00 | 2 | EVER |
| Duane Morris | February 2023 Delaware Derivative Action | 3014597 | 17,306.30 | 2 | DD |
| Duane Morris | February 2023 Litigation | 3014598 | 9,910.00 | 2 | CF |
| Duane Morris | February 2023 Litigation | 3014599 | 10,555.00 | 2 | GLEN |
| Duane Morris | February 2023 Litigation | 3014600 | 9,833.00 | 2 | FH |
| Duane Morris | February 2023 Special Litigation Committee | 3016934 | 2,962.50 | 2 | SLC |
| Duane Morris | March 2023 Class Action | 3029067 | 9,478.20 | 3 | CA |
| Duane Morris | March 2023 SEC Investigations | 3029068 | 107,452.80 | 3 | SEC |
| Duane Morris | March 2023 Litigation | 3029071 | 225.00 | 3 | EVER |
| Duane Morris | March 2023 Delaware Derivative Action | 3029072 | 1,384.50 | 3 | DD |
| Duane Morris | March 2023 Special Litigation Committee | 3029073 | 10,756.27 | 3 | SLC |
| Duane Morris | March 2023 Litigation | 3029074 | 1,865.50 | 3 | CF |
| Duane Morris | March 2023 Litigation | 3029075 | 1,444.50 | 3 | GLEN |
| Duane Morris | March 2023 Litigation | 3029076 | 1,093.50 | 3 | FH |
| Duane Morris | April 2023 Class Action | 3040839 | 25,367.62 | 4 | CA |
| Duane Morris | April 2023 SEC Investigation | 3040840 | 35,656.40 | 4 | SEC |
| Duane Morris | April 2023 Delaware Derivative Action | 3040841 | 3,306.50 | 4 | DD |
| Duane Morris | April 2023 Special Litigation Committee | 3040842 | 459.70 | 4 | SLC |
| Duane Morris | April 2023 Litigation | 3040843 | 1,627.50 | 4 | CF |
| Duane Morris | April 2023 Litigation | 3040844 | 1,710.00 | 4 | GLEN |
| Duane Morris | April 2023 Litigation | 3040845 | 1,387.50 | 4 | FH |
| Duane Morris | May 2023 Class Action | 3051007 | 11,880.50 | 5 | CA |
| Duane Morris | May 2023 SEC Investigation | 3051008 | 175.30 | 5 | SEC |
| Duane Morris | May 2023 Litigation | 3051009 | 173.00 | 5 | OAK |
| Duane Morris | May 2023 Delaware Derivative Action | 3051010 | 2,442.00 | 5 | DD |
| Duane Morris | May 2023 Special Litigation Committee | 3051011 | 78,974.09 | 5 | SLC |
| Duane Morris | May 2023 Litigation | 3051012 | 990.00 | 5 | CF |
| Duane Morris | May 2023 Litigation | 3051013 | 1,567.50 | 5 | GLEN |
| Duane Morris | May 2023 Litigation | 3051014 | 825.00 | 5 | FH |
| | | Total | 1,679,893.13 | | |