UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
OAK FINANCIAL GROUP, INC.,

Case No.: 1:21-cv-03249-FB-MMH

Plaintiff,

- v -

INFINITY Q DIVERSIFIED ALPHA FUND, TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSEL B. SIMON, STEVEN J. JENSON, JAMES VELISSARIS, LEONARD POTTER, SCOTT LINDELL, QASAR DISTRIBUTORS, LLC, EISNERAMPER LLP, BONDERMAN FAMILY LIMITED PARTNERSHIP, LP, INFINITY Q MANAGEMENT EQUITY, LLC And U.S. BANCORP FUND SERVICES, LLC.

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Defendants.
------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Oak Financial Group, Inc. and or its counsel, hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice against the defendants, and without costs to either side.

Dated: New York, NY
       March 20, 2024

/s/ Steven M. Kaplan
Steven M. Kaplan
Rosenfeld & Kaplan, LLP
1180 Avenue of the Americas, Suite 1920
New York, NY 10036
steve@rosenfeldlaw.com
Tel.: (212) 682-1400
Fax.: (212) 682-1100
*Attorneys for Plaintiff*